1  TRACY L. MAINGUY, Bar No. 176928
   OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for the Plaintiffs

5  UNITED STATE DISTRICT COURT

6  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  (SAN FRANCSICO DIVISION)

8  GIL CROSTHWAITE and RUSS BURNS, in ) Case No.: C 07 1564 JSW
   their respective capacities as Trustees of the )
9  OPERATING ENGINEERS HEALTH AND ) **SUBSTITUTION OF ATTORNEY**
   WELFARE TRUST FUND FOR )
10 NORHTERN CALIFONIA; PENSION )
   TRUST FUND FOR OPERATING )
11 ENGINEERS; and PENSIONED )
   OPERATING ENGINEERS HEALTH AND )
12 WELFARE FUND, )
                                                )
13                                              )
            Plaintiffs, )
14     vs. )
                                                )
15 WESTERN TRACTION II, INC., a California )
   corporation and RON CARLSTON, JR., )
16 individually, )
                                                )
17         Defendants. )
                                                )
18 

25 /////

---

SUBSTITUTION OF ATTORNEY;
Case No. C 07-1564 JSW

- 1 -

Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Gil Croshtwaite, et al.

CASE NUMBER: C07-1564 JSW

Plaintiff(s)

v.

Western Traction II, Inc. a California Corporation and Ron Carlston, Jr. individually

Defendant(s)

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite
*Name of Party*

[X] Plaintiff [ ] Defendant [ ] Other _____

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per  120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105      (415) 882-7900   (415) 882-9287   124607
*City, State, Zip Code*        *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy
*Present Attorney*

Dated: 5-29-07

*Signature of Party*
Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07

*Signature of Present Attorney*
Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8

Dated: 6/6/07

*Signature of New Attorney*
Muriel B. Kaplan

**Substitution of Attorney is hereby** [ ] Approved. [ ] ~~Denied.~~

Dated: June 6, 2007

United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cncd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                           G01