Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; and PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND;<br><br>Plaintiffs,<br>v.<br><br>WESTERN TRACTION II, INC., a California Corporation, and RON CARLSTON, JR., individually,<br><br>Defendants. | Case No.: C07-1564 JSW<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>DATE: June 22, 2007<br>TIME: 2:00 p.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: The Honorable Jeffrey S. White |

Newly named counsel to plaintiffs in this action filed a Substitution of Attorney with this court on June 6, 2007.

The newly substituted counsel has recently received this file and hereby respectfully requests that the Case Management Conference, currently scheduled for June 22, 2007 at 2:00 p.m., be continued for approximately 60 days to allow counsel to review the case, analyze the parties' positions and any possibility of resolution, and respond as necessary.

-1-

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1564 JSW**

It is furthermore requested that all previously set deadlines and dates related to this case be continued as well.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 13th day of June, 2007, at San Francisco, California.

                SALTZMAN & JOHNSON LAW CORPORATION


By: _____/s/_____
     Muriel B. Kaplan
     Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to \_August 24, 2007_____ at \_\_1:30_____.

Date: \_June 19, 2007_____ _____/s/ Jeffrey S. White_____
                                                    United States District Court Judge

-2-

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C07-1564 JSW**

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On June 14, 2007, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Rodney M. Sweet, Esq.**
> **Sweet and Kleinman**
> **1020 Aileen Street, Suite A**
> **Lafayette, CA 94549**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of June, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**CERTIFICATE OF SERVICE**
**Case No.: C07-1564 JSW**