Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; and PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND;<br><br>    Plaintiffs,<br>v.<br><br>WESTERN TRACTION II, INC., a California Corporation, and RON CARLSTON, JR., individually,<br><br>    Defendants. | Case No.: C07-1564 JSW (WDB)<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF MEDIATION DATE**<br><br><br><br>JUDGE: The Honorable Jeffrey S. White<br><br>ADR: Magistrate Wayne D. Brazil |

    The parties herein hereby stipulate as follows, and request that the mediation deadline be extended 30 days to **September 21, 2007**, as follows:

    1.    The parties previously stipulated to participate in mediation for their ADR process.

    2.    Plaintiffs recently substituted their counsel in this matter on June 6, 2007. Counsel for the parties have begun to engage in discussion, to identify the issues of disagreement, and to obtain information to clarify those issues and the parties' contentions.

-1-

STIPULATION AND REQUEST FOR CONTINUANCE OF MEDIATION DATE
Case No.: C07-1564 JSW

3. ADR Local Rule 6-5 requires that mediation be held within 90 days after the May 24, 2007 entry of the Order referring the case to mediation. That date is now August 22, 2007, and a tentative mediation date has been set within that deadline.

4. Nevertheless, at the telephone conference for scheduling held on Tuesday, August 1, 2007 with Robert Weems, the court appointed mediator, it was agreed by counsel for both parties, that further time spent by the parties might lead to resolution without the need for mediation.

5. Accordingly, both parties and the mediator agreed to extend the mediation deadline to allow time for possible resolution by the parties.

6. The parties therefore request that the mediation deadline be extended to **September 21, 2007**.

Dated: August 2, 2007        SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
    Muriel B. Kaplan
    Attorneys for Plaintiffs

Dated: August 2, 2007        SWEET & KLEINMAN, P.C.

By: _____/s/_____
    Rodney Mayer Sweet
    Attorneys for Defendants

IT IS SO ORDERED.

The Mediation deadline date is hereby continued to __September 21__, 2007.

Date: __August 3__, 2007        _____
                                United States District Court Judge

-2-

STIPULATION AND REQUEST FOR CONTINUANCE OF MEDIATION DATE
Case No.: C07-1564 JSW