Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; and PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND;<br><br>Plaintiffs,<br>v.<br><br>WESTERN TRACTION II, INC., a California Corporation, and RON CARLSTON, JR., individually,<br><br>Defendants. | Case No.: C07-1564 JSW<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>DATE: August 24, 2007<br>TIME: 1:30 p.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: The Honorable Jeffrey S. White |

The parties to this action hereby stipulate to extend the Case Management Conference currently set for August 24, 2007 as follows:

1. Counsel for Plaintiffs was substituted on June 6, 2007, and thereafter reviewed this action and contacted counsel for Defendants.

2. The parties are attempting to resolve this action, and to that end requested that the court extend the agreed mediation meeting deadline to allow the negotiations to continue. On August 3,

1  2007 the court continued that deadline to September 23, 2007, as the parties and the mediator
2  agreed that further time spent by the parties might lead to resolution without the need for
3  mediation.
4
5  3. Plaintiffs have now clarified the amounts claimed, and discussion is continuing toward a
6  possible resolution.
7  4. The parties therefore stipulate that the Case Management Conference be continued for
8  60 days, to allow the parties to resolve this action within 45 days, and/or attend mediation, after
9  which counsel for both parties will be out of the country through mid-October, 2007.

SWEET & KLEINMAN, P.C.

By Rodney M. Sweet
Attorneys for Defendants

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to October 26, 2007 at 1:30 p.m.

Date: August 20, 2007

Jeffrey S. White
United States District Court Judge