**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    GIL CROSTHWAITE,

10           Plaintiff,                          No. C 07-01564 JSW

11   v.

12   WESTERN TRACTION II INC.,                   **ORDER RE REQUEST TO ENTER JUDGMENT**

13           Defendant.
                                           /
14

15          On June 5, 2009, Plaintiff filed a declaration that was docketed as a motion.  In the

16   declaration, Plaintiff stated that Defendant had defaulted on the agreement between the parties

17   and requested that the Court enter judgment pursuant to the parties' stipulation filed on

18   December 27, 2007.  The Court's Clerk informed Plaintiff that this Court requires parties

19   seeking action from the Court to file a properly noticed motion or a stipulation.  Instead of filing

20   a properly noticed motion or a stipulation to enter judgment based on the Defendant's default,

21   Plaintiff simply re-filed the stipulation the parties had filed on December 27, 2007.  The Court

22   will only act on Plaintiff's request if she files a properly noticed motion or a current stipulation

23   based on the facts Plaintiff contends has occurred.

24          **IT IS SO ORDERED.**

25

26   Dated: June 29, 2009                        _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28