1
2
3
4
5
6
            IN THE UNITED STATES DISTRICT COURT
7
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
GIL CROSTHWAITE,
10
        Plaintiff,                No. C 07-01564 JSW
11
    v.
12
WESTERN TRACTION II INC.,        **ORDER OF REFERRAL**
13
        Defendant.
                            /
14
15
       On July 17, 2009, Plaintiff filed a motion for default judgment and noticed the matter for
16
hearing on August 21, 2009.  Pursuant to Northern District Civil Local Rule 72-1, the Court
17
HEREBY REFERS the motion for default judgment to a randomly assigned Magistrate Judge
18
for the purposes of preparing a report and recommendation.  The hearing date of August 21,
19
2009 is VACATED.  It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order
20
on the Defendants.  If the parties do not hear from the Court regarding an assignment to a
21
Magistrate Judge within fourteen days, please contact this Court's Courtroom Deputy, Jennifer
22
Ottolini at 415-522-4173.
23
       **IT IS SO ORDERED.**
24
25
Dated: July 29, 2009
26
                             JEFFREY S. WHITE
                             UNITED STATES DISTRICT JUDGE
27
28
cc:    Wings Hom

United States District Court
For the Northern District of California